◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIA C. WEISS, Appellant. [696 NYS2d 918] —Judgment unanimously affirmed. Memorandum: Defendant voluntarily, knowingly and intelligently waived the right to appeal (*see, People v Muniz*, 91 NY2d 570, 573; *People v Seaberg*, 74 NY2d 1, 11), and her "general unrestricted waiver of the right to appeal during the plea colloquy encompassed [her] right to challenge the sentence as unduly harsh or severe" (*People v Watkins*, 261 AD2d 962; *see, People v Hidalgo*, 91 NY2d 733, 737). (Appeal from Judgment of Erie County Court, DiTullio, J.—Grand Larceny, 3rd Degree.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Callahan, JJ.